■ BLAIR G. MARK et al. v. S. H. POMERANCE CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.